AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Anthony Bryant | ) Case: 1:25-mj-00173 |
| DOB: XXXXXX | ) Assigned To: Judge Harvey, G. Michael |
| | ) Assign. Date: 8/26/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 24, 2025 in the county of _____ in the
_____ in the District of Columbia, the defendant(s) violated:

*Code Section*            *Offense Description*

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees,
18 U.S.C. § 115(a)(1)(B) - Influencing, impeding, or retaliating against a federal official by threatening,
DC Code § 22-1810 - Threatening to kidnap or injure a person.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Sam Shahrani, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/26/2025

*Judge's signature*

City and state: Washington, D.C.          Michael Harvey, U.S. Magistrate Judge
*Printed name and title*