UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-mj-173 |
| v. : | |
| : | |
| PAUL ANTHONY BRYANT, : | |
| : | |
| Defendant. : | |

### NOTICE OF WITHDRAWAL OF GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE DECISION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the United States is withdrawing its appeal of the Honorable Magistrate Judge Zia M. Faruqui's decision to release the Defendant pending trial. (ECF No. 9).

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By:   */s/ Jessica Bove*
Jessica Bove
PA Bar # 328892
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6983
Jessica.bove@usdoj.gov